FPS:lm

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| -vs- | : |
| | : NO. 3:CR-06- 433 |
| ROBERTO PAGAN, | : |
| | : |
| Defendant | : |

**INDICTMENT**

FILED
SCRANTON

DEC 19 2006

PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

**COUNT 1**

Between on or about November 13, 2005 and July 15, 2006, in Monroe County, in the

Middle District of Pennsylvania, the defendant,

**ROBERTO PAGAN,**

in connection with his acquisition of firearms, to wit: a Taurus MOD 85, .38 caliber, serial

number YII1974; a Taurus MOD 85, .38 caliber, serial number YHI1558; a Smith and Wesson

MOD SW9VE, 9 caliber, serial number PDC8907; a Smith and Wesson MOD SW40VE, .40

caliber, serial number PDF0463; a CZ MOD 75-B, 9 caliber, serial number BG170; a Glock

MOD PT92, 9 caliber, serial number HWP281; a Springfield MOD 1911-A1, .45 caliber, serial

number WW62348; and a Taurus MOD PT92, 9 caliber, serial number TZD11235, from Weaver

Firearms & Sporting Goods, a federally licensed firearms dealer, knowingly made false and

fictitious written statements to Weaver Firearms & Sporting Goods, which statements were

intended to deceive and were likely to deceive Weaver Firearms & Sporting Goods as to facts

material to the lawfulness of such sale, acquisition, and attempted acquisition of the said firearms

to and by the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual purchaser of the firearms on the ATF Forms 4473, when in fact, the defendant then well knew, he was not the actual purchaser of the firearms.

In violation of Title 18, United States Code, Sections 922(a)(6).

**A TRUE BILL:**

12/19/06
_____
DATE

T.A. Marino F.P.S.
_____
THOMAS A. MARINO
United States Attorney